IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:14-CR-3091 |
| vs. | FINAL ORDER OF FORFEITURE |
| PAUL M. TEGELER, | |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 59).

On May 20, 2015, the Court entered a Preliminary Order of Forfeiture (filing 35) pursuant to 18 U.S.C. § 2428, based upon the defendant's plea of guilty to attempting to persuade, induce, entice, or coerce an individual to travel in interstate commerce to engage in a sexual activity for which any person can be charged with a criminal offense, in violation of 18 U.S.C. § 2422(a), and his admission of the forfeiture allegation contained in the indictment. Filings 28 and 33. By way of the preliminary order of forfeiture, the defendant's interest in an Acer desktop computer, serial no. PTS560Y0176520373327. Filing 35.

As directed by the order, a Notice of Criminal Forfeiture was posted beginning on June 1, 2015, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 48) was filed on August 19, 2015. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 59) is granted.

2. All right, title, and interest in and to the Acer desktop computer, serial no. PTS560Y0176520373327, held by any person or entity are forever barred and foreclosed.

3. The property is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the property in accordance with law.

Dated this 21st day of August, 2015.

BY THE COURT:

_____
John M. Gerrard
United States District Judge