IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:14-CR-3091 |
| vs. | |
| PAUL M. TEGELER, | ORDER |
| Defendant. | |

      This matter is before the Court on correspondence from the defendant (filing 72) asking the Court to resentence him, and the Court has docketed that as a motion to reconsider. The Court will deny the motion for lack of jurisdiction.

      The defendant was sentenced on August 19, 2015. Filing 57. On August 21, the defendant (through his court-appointed counsel) filed a timely notice of appeal. Filing 61. That appeal is still pending before the Eighth Circuit Court of Appeals. And the filing of a notice of appeal confers jurisdiction on the Court of Appeals and divests the district court of its control over those aspects of the case involved in the appeal. *United States v. Webster*, 797 F.3d 531, 537 (8th Cir. 2015); *see United States v. Ledbetter*, 882 F.2d 1345, 1347-49 (8th Cir. 1989). Accordingly, the Court lacks jurisdiction, and will deny the motion. *See Webster*, 797 F.3d at 537; *see also* Fed. R. Crim. P. 37(a)(2).

IT IS ORDERED:

1. The defendant's motion to reconsider (filing 72) is denied.

2. The Clerk of the Court shall provide notice of this order to the defendant at his last known address.

Dated this 13th day of October, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge