IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:14-CR-3091 |
| vs. | |
| PAUL M. TEGELER, | ORDER |
| Defendant. | |

For the reasons stated in the Court's Memorandum and Order of June 10, 2020 (filing 96), particularly the Court's finding that protection of the public precludes the defendant's release,[1]

IT IS ORDERED that the defendant's motion to reconsider (filing 97) is denied.

Dated this 14th day of September, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge

---

[1] The defendant's motion also suggests that he is being denied adequate medical care by the Bureau of Prisons. Filing 97 at 7. Prison officials are obliged to provide medical care for prisoners. See *Estelle v. Gamble*, 429 U.S. 97, 103-04 (1976). But if that obligation is not being met, the issue should be raised as a civil rights claim in the district court for the district in which he is confined, the Northern District of Texas. See *Spencer v. Haynes*, 774 F.3d 467, 469-70 (8th Cir. 2014); *DeSimone v. Lacy*, 805 F.2d 321, 323 (8th Cir. 1986); *see generally* 28 U.S.C. § 1391(b). It is not a basis for relief under 18 U.S.C. § 3582(c)(1)(A)(i).